UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**WILLIAM M. NICKERSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

January 20, 2016

To All Counsel of Record

RE:   Mount St. Mary's University v. Mount Saint Mary's University et al.,
      Civ. No. WMN-15-1771

Dear Counsel:

On January 7, 2016, Plaintiff sent a letter to the Court requesting its assistance in resolving a discrete discovery dispute between the parties. ECF No. 42. Following Plaintiff's lead, Defendant, on January 15, 2016, sent its own letter to the Court seeking the Court's assistance in resolving a different discovery dispute. ECF No. 44. Defendant, at the Court's request, responded to the Plaintiff's letter explaining why Plaintiff's letter was premature and unnecessary. ECF No. 45.

This exchange of letters highlights the wisdom of Local Rule 104.8 that requires parties to fully brief and attempt to resolve discovery disputes before bringing them to the Court. Nevertheless, since we have started down a different path, the Court requests a brief response from Plaintiff as to Defendant's concerns and as to whether its discrete discovery dispute is indeed now moot. Please submit that response on or before January 25, 2016.

Notwithstanding the informal nature of this correspondence, it is an Order of the Court and will be docketed as such.

Sincerely,

/s/
William M. Nickerson
Senior United States District Judge

cc: Court File